FILED

MAR 12 2010

CLERK
NORTHERN DISTRICT COURT
DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 94-00048 PVT |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER DISMISSING COMPLAINT |
| v. | ) | |
| NORBERTO VASQUEZ, | ) | |
| Defendant. | ) | |

Upon application of the United States, and good cause having been shown therefor,

**IT IS HEREBY ORDERED** that the above-captioned complaint is **DISMISSED** and the arrest warrant issued thereupon **RECALLED**.

DATE: March 12, 2010

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER                                             1